

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 163614 | 1/5/2015 | 94595 |
| **Job Date** | **Case No.** | |
| 12/29/2014 | 1:13-CV-0035-TWP-DKL | |
| **Case Name** | | |
| Richard N. Bell v. Trustee William McLaws, Charles Lantz | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Richard N. Bell
LAW OFFICE OF RICHARD N. BELL
10042 Springstone Road
McCordsville IN  46055

CERTIFICATE OF NON-APPEARANCE:
   Charles Lantz     193.98

**TOTAL DUE >>>**    **$193.98**
AFTER 2/4/2015  PAY    $203.68

Thank you.  Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Job No.      : 94595        BU ID      : SRA
Case No.     : 1:13-CV-0035-TWP-DKL
Case Name    : Richard N. Bell v. Trustee William McLaws, Charles Lantz
Invoice No.  : 163614       Invoice Date : 1/5/2015
**Total Due**  : **$193.98**
AFTER 2/4/2015  PAY  $203.68

Richard N. Bell
LAW OFFICE OF RICHARD N. BELL
10042 Springstone Road
McCordsville IN  46055

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN  46204**

**PAYMENT WITH CREDIT CARD**    AMEX  MASTERCARD  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____