## Selection Criteria

A/R.Classification        Open
Clie.Selection            Include: Lantz, Bill

'B' for Billed.  'P' for Posted.

| ID | Date | Type Invoice # | | Client Check Number | Fees | Costs | Interest | Total |
|---|---|---|---|---|---|---|---|---|
| 16839 | 8/5/2014 | INV G:20670 Invoice No. 20670 | B | Lantz, Bill | | | | 2425.96 |
| 17383 | 1/27/2015 | PAY G:21010 Payment applied to this invoice Funds Account: Trust Account. Applies to Invoice: G:21010 | B | Lantz, Bill | | | | (258.26) |
| 17382 | 1/27/2015 | INV G:21010 Invoice No. 21010 | B | Lantz, Bill | 241.65 | 16.61 | 0.00 | 14879.98 |
| 17107 | 10/10/2014 | INV G:20857 Invoice No. 20857 | B | Lantz, Bill | | | | 2282.93 |
| 16963 | 9/15/2014 | PAY G:20857 28374 Payment - thank you. Check No. 28374 Applies to Invoice: G:20732 | B | Lantz, Bill | | | | (1090.00) |
| 16922 | 9/5/2014 | INV G:20732 Invoice No. 20732 | B | Lantz, Bill | 1090.00 | 0.00 | 0.00 | 1090.00 |
| 16898 | 8/22/2014 | PAY G:20732 Payment applied to this invoice Funds Account: Trust Account. Applies to Invoice: G:20670 | B | Lantz, Bill | | | | (41.74) |
| 16895 | 8/22/2014 | PAY G:20732 28324 Payment - thank you. Check No. 28324 Applies to Invoice: G:20670 Applies to Invoice: G:19380 | B | Lantz, Bill | 41.74 2342.50 35.77 | 0.00 5.97 0.00 | 0.00 0.00 0.00 | (2384.24) |
| 14987 | 2/5/2013 | INV G:19277 Invoice No. 19277 | B | Lantz, Bill | | | | 474.10 |
| 16556 | 5/23/2014 | PAY G:20670 28072 Payment - thank you. Check No. 28072 Applies to Invoice: G:19380 | B | Lantz, Bill | | | | (565.90) |
| 16520 | 5/5/2014 | INV G:20489 Invoice No. 20489 | B | Lantz, Bill | 565.90 | 0.00 | 0.00 | 565.90 |
| 16480 | 4/25/2014 | REV G:20489 Duplicate payment refunded Applies to Invoice: G:19380 | B | Lantz, Bill | | | | 601.67 |
| 15339 | 6/14/2013 | PAY G:20489 27228 Payment - thank you. Check No. 27228 Applies to Invoice: G:19666 Applies to Invoice: G:20489 Applies to Invoice: G:20670 | B | Lantz, Bill | 601.67 170.00 565.00 0.00 | 0.00 0.00 0.90 35.77 | 0.00 1.19 0.00 0.00 | (772.86) |
| 15304 | 6/7/2013 | INV G:19666 Invoice No. 19666 | B | Lantz, Bill | | | | 171.19 |
| 15270 | 6/7/2013 | PAY G:20489 27202 Payment - thank you. Check No. 27202 | B | Lantz, Bill | | | | (601.67) |

Exhibit 1
Witness Overhauser
Date 2/2/15 NMK

LANTZ00001
CONFIDENTIAL



| ID | Date | Type Invoice# | | Client Check Number | Fees | Costs | Interest | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 601.67 |
| 14978 | 3/5/2013 | INV G:19380 Invoice No. 19360 | B | Lantz, Bill | | | | |
| | | | | | | | | (474.10) |
| 14893 | 2/19/2013 | PAY G:19380 Payment - thank you. Check No. 26942 Applies to Invoice: G:19277 | B | Lantz, Bill 26942 | 472.50 | 1.60 | 0.00 | |

LANTZ00002
CONFIDENTIAL



overhauser
law offices

Paul B. Overhauser
poverhauser@overhauser.com

January 28, 2013

Via: Email: ██████████████████

Charles W. Lantz
███████████████████

     Re:    Bell v. Gordon et al
            Case No.:  1:13-CV-0035-TWP-DKL

Dear Mr. Lantz:

     Please excuse the formality of this letter, but it is my practice to send a formal engagement letter to each client. I have found this approach to be one which fosters good client relations and avoids misunderstandings.

     This letter will confirm your engagement of Overhauser Law Offices, LLC, and the basis upon which we will represent you. We understand that you wish us to assist you in litigating your defense in *Bell v. Gordon et al*, Case No.: 1:13-CV-0035-TWP-DKL. We are pleased to have the opportunity to be of service to you.

     To provide our services as efficiently as possible, we correspond with clients predominantly through email. Therefore it will be important for you to check your email regularly. We understand that your email address is ██████████████ and that your phone number is ████████ . Please be sure to let us know immediately should your email address or phone number change.

     Our Standard Engagement Terms are enclosed. Please let me know if you have any questions or concerns regarding them. ████████████████ has advised us that ██
██████████████████████████████████████████

**OVERHAUSER LAW OFFICES, LLC**
740 W. GREEN MEADOWS DRIVE, STE. 300
GREENFIELD, IN 46140

TELEPHONE (317) 891-1500
FAX (866) 283-8549
TOLL FREE (877) 478-0496
www.overhauser.com

LANTZ00003
CONFIDENTIAL

under Mr. Lantz's LegalShield contract, this law firm will be paying for **39.5 hours of pre-trial time**, and **295.5 hours of trial time**. We ask that you contact our firm when trial hours are needed. You have agreed to provide these services at the rate of $250.00 per partner hour, and $170.00 per associate hour. Mr. Lantz will be **responsible for court costs, travel costs, expert witness fees, paralegal and secretary fees, post-judgment relief and any other out-of-pocket expense.**

We will direct our invoices to LegalShield / OKoon & Hintermeister for now. If and when we exhaust the hours for which LegalShield is paying, we will send our invoices directly to you for payment.

Also, the LegalShield arrangement does not provide coverage for costs. As we discussed on the phone, our practice is to obtain a retainer for anticipated costs. In this case, we need a $300 retainer. You can mail us a check or pay online at http://www.overhauser.com/pay-bill.aspx. We will not begin our representation of you until this amount is received.

We have been contact by other defendants sued by Mr. Bell in this suit and a related suit. Under the Rules of Professional Conduct, before an attorney may concurrently represent two or more clients interested in the same subject matter, that attorney must inform the clients in writing of the relevant circumstances and of the actual and reasonably foreseeable adverse consequences to the clients. The Rules also require that when the clients' interests potentially conflict, the attorney may not represent them without their informed written consent. There are at least two reasons for this rule: First, an attorney should give his or her undivided energy and loyalty to the client's needs, not lessened by any competing or conflicting interests. Second, a client's communications with his/her attorney are confidential. If there is a joint representation, as here, then although all your communications are confidential as to the rest of the world, they are not confidential between and among joint clients in the matter against a common adverse party. Whatever either one of you tells me regarding your representation cannot be kept from the other.

You also need to know what may happen if a conflict arises sufficient to cause greater concern. In such a situation, this Firm may be unable to represent either of you and may have to withdraw completely, unless you both further consent in writing to my continued representation. Thus, when there is a conflict, any one client can, by refusing to consent to continue joint representation, force the other(s) to find another lawyer. This would result in added expense at the time.

Mr. Lantz, we are extremely pleased to have the opportunity to work with you and we look forward to a long and continuing relationship. Our foremost goal at Overhauser Law Offices, LLC is to ensure that each client is completely satisfied with the services we provide. Therefore, if you ever have any concerns about our services or any of our invoices, please do not hesitate to bring your concerns to my attention.

CONFIDENTIAL



Exhibit **1 A**
Witness *Overhauser*
Date *2/2/15* NMK

We look forward to working with you on this matter.

Sincerely,



Paul B. Overhauser

PBO/sc

Enclosures:
Standard Engagement Terms
Invoice for Cost Retainer

LANTZ00005
CONFIDENTIAL



## Standard Engagement Terms

Scope of Representation. This Firm's representation will be limited to the matters described in the accompanying letter, and we have not been retained for any other matters at this time. If you wish this Firm to provide any additional services, a separate written agreement may be required. Unless we otherwise agree, additional legal services will be provided on the terms, and the hourly rates and terms described in this agreement unless covered by a separate written agreement.

Communications. We will keep you informed about significant developments in your matter and will promptly respond to all reasonable requests for information. Absent the need for elaboration, we will routinely just send copies of correspondence and documents without letters of transmittal. Our goal is to keep clients informed without generating unnecessary work at the client's expense. We will consult with you prior to making any decision of importance. Please call or e-mail us whenever you have questions or suggestions.

Billing Frequency, Hourly Rates and Expenses. Bills will usually be issued monthly for services unless the amounts in any month are not significant. Our present hourly rates range from $75 - $375 per hour. These rates may change from time to time, and are normally adjusted at the beginning of each year. Our fees also reflect the priorities demanded by the project, the magnitude of the project, and the responsibilities assumed by the Firm. In transactions in which the Firm is required to give opinions, a premium is customarily charged in recognition of the expertise involved and the exposure inherent in such opinions. Statements will include charges for out-of-pocket expenses and advancements, such as filing fees, delivery charges, trial graphics and other similar items, which will be billed at cost. If we are required to travel, we will charge for you for all necessary costs, including parking, vehicle mileage at the then-current IRS optional standard mileage rate, airfare, lodging, meals, and ground transportation. These costs are in addition to the hourly rates for travel time. To recover costs of other services such as reproduction, facsimiles, and long-distance telephone, the actual cost or a 2.0% Administrative fee may be added to the time billed on each invoice. It may be necessary to hire third party expert consultants, jury consultants, expert witnesses, and/or investigators to aid in the preparation or presentation of your case. We will obtain your approval before we hire any such persons. You agree to be responsible for these costs incurred at our direction and, if requested, to remit payment directly to these third parties. If we advance a payment to such persons on your behalf, the payment will be itemized on our billing statement.

Initial Fee. This Firm customarily requires an initial fee, and if an initial fee or retainer is referred to in the cover letter accompanying these Standard Engagement Terms, the amount must be received by this office within ten (10) days. Any legal representation will not begin until the Initial Fee has been received.

2

LANTZ00006
CONFIDENTIAL

**Staffing**. In order to provide the most efficient and effective service to our clients, we sometimes engage attorneys on an independent contractor basis. These "Of Counsel" attorneys are considered members of the firm and we supervise their work in the same manner as other firm attorneys.

Interest and Withdrawal. Our invoices are due and payable upon issuance. You agree to pay each invoice within thirty (30) days of its date. You also agree that unless you question in writing any charge within thirty (30) days of the date of the first invoice pertaining to such charge, you will be deemed to have agreed to the amount of such charge. You agree to pay interest at the rate of 1.5% per month on invoices more than thirty (30) days past due. If for some reason invoices are not timely paid, we may be forced to withdraw from our representation of you. If any invoices are more than sixty (60) days past due, we reserve the right to withdraw from this engagement, including any court appearances or administrative proceedings. You agree not to contest our withdrawal if a payment is past due. In addition, attorney's fees and other costs incurred in collection of unpaid balances may be assessed in the unlikely event it becomes necessary to seek recovery through legal action. You also grant this Firm a lien for any sums due and owing by you to us at the conclusion or termination of our services, upon any recovery, or right to recovery, by way of settlement, judgment, or otherwise, obtained through our efforts on your behalf under this agreement.

**Files.** At your written request, we will give you the original or a copy of your file when a particular matter is concluded. If you do not request the return of your file, we will retain the file for one year. If you do not request delivery of the file for the particular matter within the one year, we will have no further obligation to retain the file and may destroy it.

**Other.** You are encouraged to seek the advice of independent counsel before signing this agreement, and in any event you should thoroughly review this agreement before you sign it, as you should with any other legal contract. While we cannot advise you on such matters, we welcome any questions you may have about these Standard Engagement Terms or the accompanying letter. These Standard Engagement Terms and the accompanying letter contain our entire understanding and may not be modified except by a writing we both execute. The place of performance of this agreement is Indiana. In the event of any dispute, Indiana law shall apply. If any provision of this agreement is found to be invalid, illegal or unenforceable, the provision is severable from the rest of this agreement.

IRS Circular 230 Notice. Advice rendered in our communications to you on U.S. tax issues :(i) is not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties that may be imposed by the IRS on taxpayers, and (ii) may not be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement. This notice is intended to comply with Section 10.35 of IRS Circular 230, which is located at http://www.irs.gov/pub/irs-pdf/pcir230.pdf.

LANTZ00007
CONFIDENTIAL



**OVERHAUSER LAW OFFICES**
740 W. Green Meadows Drive, Ste. 300
Greenfield, IN 46140

## Invoice for Initial Fee

January 28, 2013

Charles W. Lantz



| Date | Description | Amount |
|------|-------------|--------|
| **Date** | **Description** | **Amount** |
| 01/28/2013 | Initial Fee | $300.00 |
| | | Total: $300.00 |

Please remit payment to:

OVERHAUSER LAW OFFICES, LLC
740 W. Green Meadows Drive, Ste.300
Greenfield, IN 46140

Payments can also be made at: http://overhauser.com/pay-bill.aspx

**Due upon receipt**

Interest of 1.5% per month is charged on amounts over 30 days past due

LANTZ00008
CONFIDENTIAL



overhauser
law offices

740 W. Green Meadows Drive
Suite 300
Greenfield, IN 46140

(317) 891-1500

Invoice submitted to:

Bill Lantz 

bill-lantz@lantzusa.com

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| January 27, 2015 | 21010 | 10/10/2014 |

### Professional Services

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/1/2014 | SLC | processed docs produced by R. Bell | 1.33 | $125.00/hr | 166.67 |
| | PBO | settlement demand to Lantz | 0.35 | $410.00/hr | 143.50 |
| 10/2/2014 | PBO | correspondence with Opposing Counsel regarding settlement | 0.30 | $410.00/hr | 123.00 |
| 10/3/2014 | SLC | attended to filing Reply in Support of Motion to Compel (DKT 180) per attorney directive | 0.25 | $125.00/hr | 31.25 |
| | SLC | processed depo exhibits for all deponents; updated discovery index for attorney review and use. | 0.50 | $125.00/hr | 62.50 |
| 10/9/2014 | PBO | review orders on discovery motions; docket deadlines; work on responses to Bell discovery requests; correspondence with Opposing Counsel regarding continuing settlement conference | 0.58 | $410.00/hr | 237.80 |
| | JAH | Review Orders from the Court to calculate deadlines to be entered, and report to attorney. | 0.25 | $175.00/hr | 43.75 |
| 10/10/2014 | PBO | correspondence with R Bell regarding settlement confernece and continuation of same | 0.14 | $410.00/hr | 57.40 |

LANTZ00009
CONFIDENTIAL

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/2014 | PBO | drafting of SJ motion | 0.70 | $410.00/hr | 287.00 |
| | SLC | prepared draft proposed order per attorney directive | 0.25 | $125.00/hr | 31.25 |
| 10/15/2014 | PBO | work on discovery response & SJ motion; letter to Opposing Counsel to xmit bates numbered docs | 0.96 | $410.00/hr | 393.60 |
| 10/17/2014 | PBO | review court order; correspondence with B Lantz regarding continuation of settlement conference | 0.08 | $410.00/hr | 32.80 |
| 10/21/2014 | SLC | attended to filing Opposition to Motion to strike with the court per attorney directive | 0.25 | $125.00/hr | 31.25 |
| 11/5/2014 | PBO | telephone conference with B Lantz; draft responses to Bell discovery requests | 3.60 | $410.00/hr | 1,476.00 |
| | PBO | draft opposition to Bell appeal of magistrate's decision; file | 1.16 | $410.00/hr | 475.60 |
| 11/6/2014 | PBO | telephone conference with B Lantz; finalize responses to discovery requests | 0.35 | $410.00/hr | 143.50 |
| 11/7/2014 | PBO | service of discovery responses | 0.10 | $410.00/hr | 41.00 |
| | PBO | draft final witness & exhibit list; attend to service of same | 0.95 | $410.00/hr | 389.50 |
| 11/11/2014 | PBO | telephone conference with R Bell regarding possible settlement; research availability of atty fees | 0.60 | $410.00/hr | 244.75 |
| 11/12/2014 | PBO | correspondence with R Bell regarding proposed settlement agreement | 0.06 | $410.00/hr | 24.60 |
| 11/16/2014 | PBO | review proposed filing from R Bell; draft MTD & review R Bell regarding same | 0.68 | $410.00/hr | 278.80 |
| | PBO | Follow up correspondence with R Bell regarding settlement | 0.23 | $410.00/hr | 94.30 |
| 11/17/2014 | PBO | correspondence with R Bell regarding his mis-identification of "motion" as a stipulation; contact court to have docket entry corrected; draft response to motion to dismiss; Follow up correspondence with R Bell | 1.63 | $410.00/hr | 668.30 |
| | PBO | correspondence with Bill to update as to case status | 0.13 | $410.00/hr | 53.30 |
| 11/18/2014 | PBO | meeting w/ J Loeffler regarding preparation of post judgment motion; begin drafting of such motion & declaration | 0.50 | $410.00/hr | 205.00 |

LANTZ00010
CONFIDENTIAL

| Date | | Description | Hours | Rate | Amount |
|------|----|-------------|-------|------|--------|
| 11/20/2014 | JLL | Draft Motion for Attorneys' Fees | 1.10 | $175.00/hr | 192.50 |
| 11/21/2014 | JLL | Draft Motion for Attorneys' Fees | 1.00 | $175.00/hr | 175.00 |
| 11/23/2014 | JLL | Draft Motion for Attorneys' Fees and supporting Declarations | 3.90 | $175.00/hr | 682.50 |
| 12/1/2014 | PBO | correspondence with client regarding settlement conference; call to court re: status of motion to dismiss | 0.22 | $410.00/hr | 90.20 |
| 12/8/2014 | PBO | Review & revise motion for attorney's fees | 2.24 | $410.00/hr | 918.40 |
| 12/9/2014 | PBO | Finalize motion for attorneys' fees; assemble exhbits; attend to filing | 4.56 | $410.00/hr | 1,869.60 |
| 12/10/2014 | PBO | correspondence with R Bell to attempt to negotiate settlement of atty fee claim | 0.26 | $410.00/hr | 106.60 |
|  | SLC | attended to filing Motion for costs including attorney fees per attorney directive | 0.25 | $125.00/hr | 31.25 |
| 12/11/2014 | PBO | correspondence with R Bell regarding extension of time and discovery | 0.30 | $410.00/hr | 123.00 |
| 12/12/2014 | PBO | review Bell motion for extension of time; draft opposition; file | 0.86 | $410.00/hr | 352.60 |
| 12/15/2014 | PBO | review order on motion for extension; correspondence with R Bell regarding request for discovery; Follow up correspondence with court | 0.28 | $410.00/hr | 114.80 |
| 12/18/2014 | PBO | correspondence with R Bell regarding subpoenas and requests for depositoins | 0.13 | $410.00/hr | 53.30 |
| 12/29/2014 | PBO | correspondence with R Bell regarding his improper attempts to conduct discovery | 0.20 | $410.00/hr | 82.00 |
|  | PBO | further correspondence with R Bell regarding subpoenas, notices of depositions; review court filings; correspondence regarding attempted service of invalid subpoena | 1.24 | $410.00/hr | 508.40 |
| 12/31/2014 | SLC | drafted mtn for sanctions and response in opposition per attorney directive | 0.50 | $125.00/hr | 62.50 |
|  | PBO | further review of Bell motion; work on response | 0.45 | $410.00/hr | 184.50 |
| 1/5/2015 | PBO | drafting of response to Bell's motion to reopen discovery, extension of time, and sanctions | 2.23 | $410.00/hr | 914.30 |

LANTZ00011
CONFIDENTIAL

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/5/2015 | PBO | correspondence with R Bell regarding proposed call to court | 0.03 | $410.00/hr | 11.05 |
| | PBO | correspondence with R Bell regarding response to his recently filed motion | 0.04 | $410.00/hr | 16.40 |
| 1/6/2015 | PBO | review and revise response to Bell's motion to reopen discovery, extension of time, and sanctions | 1.32 | $410.00/hr | 541.20 |
| | PBO | draft objections to Lantz notice of depostion and to subpoena for depostion; review and revise; serve on R Bell | 0.86 | $410.00/hr | 352.60 |
| 1/7/2015 | SLC | attended to filing Opposition to Bell's 2nd Mtn per attorney directive. | 0.25 | $125.00/hr | 31.25 |
| | PBO | correspondence with R Bell regarding non-appearance at deposition and settlement; review reply from R Bell | 0.12 | $410.00/hr | 49.20 |
| 1/16/2015 | PBO | review cases cited by Bell and right of party to depose opposing counsel; preparation for  & attendance at hearing on Bell motion for extension | 1.24 | $410.00/hr | 508.40 |
| 1/21/2015 | PBO | review order on discovery issues; correspondence with R Bell regarding same | 0.14 | $410.00/hr | 57.40 |
| 1/23/2015 | PBO | correspondence with R Bell regarding deposition | 0.03 | $410.00/hr | 11.50 |
| 1/25/2015 | PBO | review and assemble documents re atty fees per court order; attend to designating same per protective order. | 1.35 | $410.00/hr | 553.50 |
| 1/26/2015 | PBO | collect, review & redact documents for Lantz case | 1.30 | $410.00/hr | 533.00 |

| | | | | |
|---|---|---|---|---|
| Subtotal of charges | | | | $14,863.37 |
| For professional services rendered | | | 42.33 | $14,863.37 |

**EXPENSES**

| | | |
|---|---|---|
| 10/15/2014 | Color Printing - transmittal letter with CD of document production to Bell | 1.00 |
| 10/31/2014 | Copy Charges | 14.00 |
| 11/6/2014 | Postage - discovery responses to Richard Bell | 1.61 |
| | Total expenses | $16.61 |

| | Amount |
|---|---|
| Total amount of this bill | $14,879.98 |
| Previous balance | $2,282.93 |
| 1/27/2015 Payment applied to this invoice | ($258.26) |
| Total payments and adjustments | ($258.26) |
| Balance due | $16,904.65 |

Please remember that it is the policy of OVERHAUSER LAW OFFICES to ensure that our clients are entirely satisfied with the services rendered. If you have any questions or concerns about this invoice or the services provided, please do not hestitate to bring them to our attention.

We sincerely appreciate the opportunity to be of service to you and the trust and loyalty it represents.

Payment may be made by credit card or Bitcoin at www.overhauser.com/pay-bill.aspx

This invoice is due and payable upon receipt. Invoices not paid within thirty (30) days of the invoice date bear interest at 1.5% per month.

| | |
|---|---|
| Previous balance of Trust Account | $258.26 |
| 1/27/2015 Payment applied to this invoice | ($258.26) |
| New balance of Trust Account | $0.00 |

LANTZ00013
CONFIDENTIAL



# overhauser law offices

740 W. Green Meadows Drive
Suite 300
Greenfield, IN 46140

(317) 891-1500

Invoice submitted to:

Bill Lantz 

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| February 05, 2013 | 19277 | |

**Professional Services**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/21/2013 | PBO | Open file; telephone conference with B Lantz regarding facts of case; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; docket deadlines for responding to Complaint. | 1.40 | | 250.00 |
| 1/22/2013 | PBO | correspondence ▮▮▮▮▮▮ regarding Lantz litigation | 0.05 | $250.00/hr | 12.50 |
| 1/23/2013 | SLC | prepared draft appearance and Motion for Initial Extension of Time for attorney review | 0.90 | $125.00/hr | 112.50 |
| 1/28/2013 | PBO | telephone conference with B Lantz regarding Bell litigation | 0.10 | $250.00/hr | 25.00 |
| 1/31/2013 | PBO | call to Plaintiff re: extension of time; attend to filing appearance and notice of enlargement of time; correspondence with B Lantz regarding settlement offer from Bell | 0.29 | $250.00/hr | 72.50 |

| | Hours | Amount |
|---|---|---|
| Subtotal of charges | | $472.50 |
| For professional services rendered | 2.74 | $472.50 |

LANTZ00014
CONFIDENTIAL

**EXPENSES**

|  | Amount |
|---|---|
| 1/31/2013 Copy Charges | 1.60 |
| Total expenses | $1.60 |
| Total amount of this bill | $474.10 |
| Balance due | $474.10 |

Please remember that it is the policy of OVERHAUSER LAW OFFICES to ensure that our clients are entirely satisfied with the services rendered. If you have any questions or concerns about this invoice or the services provided, please do not hestitate to bring them to our attention.

We sincerely appreciate the opportunity to be of service to you and the trust and loyalty it represents.

This invoice is due and payable upon receipt. Invoices not paid within thirty (30) days of the invoice date bear interest at 1.5% per month.

|  | Amount |
|---|---|
| Previous balance of Trust Account | $0.00 |
| 1/31/2013 Payment received for Trust. Check No. paypal | $300.00 |
| New balance of Trust Account | $300.00 |

LANTZ00015
CONFIDENTIAL



## overhauser law offices

740 W. Green Meadows Drive
Suite 300
Greenfield, IN 46140

(317) 891-1500

Invoice submitted to:

Bill Lantz 

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| March 05, 2013 | 19380 | 2/5/2013 |

**Professional Services**

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/1/2013 | PBO | review court notice re: Bell case | 0.10 | $250.00/hr | 25.00 |
| 2/5/2013 | PBO | analyze Bell dockets and complaint; analyze available affirmitive defenses; draft answers; review defendants that have settled and procure contact info to obtain info on Ptf's settlement practices | 1.32 | $250.00/hr | 330.00 |
| 2/15/2013 | SLC | prepared Appearance Notice for attorney review; filed notice | 0.25 | $125.00/hr | 31.25 |
| 2/28/2013 | SLC | drafted answer and affirmative defenses to complaint for attorney review | 0.78 | $125.00/hr | 97.92 |
|  | PBO | work on preparation of answer to complaint | 0.47 | $250.00/hr | 117.50 |
| | | Subtotal of charges | | | $601.67 |
| | | For professional services rendered | | 2.92 | $601.67 |
| | | Previous balance | | | $474.10 |
| 2/19/2013 | | Payment - thank you. Check No. 26942 | | | ($474.10) |
| | | Total payments and adjustments | | | ($474.10) |

LANTZ00016
CONFIDENTIAL

| | Amount |
|---|---|
| Balance due | $601.67 |

Please remember that it is the policy of OVERHAUSER LAW OFFICES to ensure that our clients are entirely satisfied with the services rendered. If you have any questions or concerns about this invoice or the services provided, please do not hestitate to bring them to our attention.

We sincerely appreciate the opportunity to be of service to you and the trust and loyalty it represents.

This invoice is due and payable upon receipt. Invoices not paid within thirty (30) days of the invoice date bear interest at 1.5% per month.

| | |
|---|---|
| Previous balance of Trust Account | $300.00 |
| New balance of Trust Account | $300.00 |

LANTZ00017
CONFIDENTIAL



**overhauser**
**law offices**

740 W. Green Meadows Drive
Suite 300
Greenfield, IN 46140
(317) 891-1500

Invoice submitted to:

Bill Lantz 

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| June 07, 2013 | 19666 | 3/5/2013 |

**Professional Services**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/1/2013 | PBO | review and revise answer & affirmitive defenses | 0.38 | $250.00/hr | 95.00 |
| 3/5/2013 | PBO | review court notice; supplement CoS | 0.10 | $250.00/hr | 25.00 |
| 5/8/2013 | PBO | telephone conference with ▓▓▓ regarding Lantz case / settlement proposal; Follow up correspondence ▓▓▓ | 0.20 | $250.00/hr | 50.00 |

| | | |
|---|---|---|
| Subtotal of charges | | $170.00 |
| For professional services rendered | 0.68 | $170.00 |
| Interest on overdue balance | | $1.19 |
| Total amount of this bill | | $171.19 |
| Previous balance | | $601.67 |
| Balance due | | $772.86 |

LANTZ00018
CONFIDENTIAL



Please remember that it is the policy of OVERHAUSER LAW OFFICES to ensure that our clients are entirely satisfied with the services rendered. If you have any questions or concerns about this invoice or the services provided, please do not hestitate to bring them to our attention.

We sincerely appreciate the opportunity to be of service to you and the trust and loyalty it represents.

This invoice is due and payable upon receipt. Invoices not paid within thirty (30) days of the invoice date bear interest at 1.5% per month.

|  | Amount |
|---|---|
| Previous balance of Trust Account | $300.00 |
| New balance of Trust Account | $300.00 |

LANTZ00019
CONFIDENTIAL



overhauser
law offices

740 W. Green Meadows Drive
Suite 300
Greenfield, IN 46140

(317) 891-1500

Invoice submitted to:

Bill Lantz 

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| May 05, 2014 | 20489 | 6/7/2013 |

**Professional Services**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/24/2013 | SLC | processed incoming court documents and updated docket report for attorney review. | 0.25 | $125.00/hr | 31.25 |
| 6/25/2013 | SLC | processed incoming court documents and updated the docket report for attorney review | 0.25 | $125.00/hr | 31.25 |
| 7/3/2013 | SLC | processed incoming court documents and updated the docket report for attorney review. | 0.25 | $125.00/hr | 31.25 |
| 8/7/2013 | SLC | processed incoming court documents and updated the docket report for attorney review. | 0.25 | $125.00/hr | 31.25 |
| 8/8/2013 | SLC | processed several incoming court documents; updated docket report for attorney review. | 0.75 | $125.00/hr | 93.75 |
| | SLC | processed incoming court documents; updated docket report for attorney review | 0.25 | $125.00/hr | 31.25 |
| 8/9/2013 | SLC | processed several incoming court documents and updated the docket report for attorney review | 0.75 | $125.00/hr | 93.75 |
| 8/13/2013 | SLC | processed incoming court documents; updated docket report for attorney review. | 0.25 | $125.00/hr | 31.25 |

LANTZ00020
CONFIDENTIAL

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/23/2013 | SLC | processed incoming court documents; updated docket report for attorney review. | 0.25 | $125.00/hr | 31.25 |
| 1/9/2014 | SLC | processed incoming court documents; updated docket report for attorney review. | 0.25 | $135.00/hr | 33.75 |
| 4/2/2014 | PBO | review recent orders in Bell case; update docket | 0.50 | $250.00/hr | 125.00 |
|  |  | Subtotal of charges |  |  | $565.00 |
|  |  | For professional services rendered |  | 4.00 | $565.00 |

**EXPENSES**

| | | |
|---|---|---|
| 4/1/2014 | Public Access to Court Electronic Records research | 0.90 |
| | Total expenses | $0.90 |

| | |
|---|---|
| Total amount of this bill | $565.90 |
| Previous balance | $772.86 |

| | | |
|---|---|---|
| 6/7/2013 | Payment - thank you. Check No. 27202 | ($601.67) |
| 6/14/2013 | Payment - thank you. Check No. 27228 | ($772.86) |
| 4/25/2014 | Duplicate payment refunded | $601.67 |
| | Total payments and adjustments | ($772.86) |
| | Balance due | $565.90 |

Please remember that it is the policy of OVERHAUSER LAW OFFICES to ensure that our clients are entirely satisfied with the services rendered. If you have any questions or concerns about this invoice or the services provided, please do not hestitate to bring them to our attention.

We sincerely appreciate the opportunity to be of service to you and the trust and loyalty it represents.

This invoice is due and payable upon receipt.  Invoices not paid within thirty (30) days of the invoice date bear interest at 1.5% per month.

| | |
|---|---|
| Previous balance of Trust Account | $300.00 |
| New balance of Trust Account | $300.00 |



## overhauser law offices

740 W. Green Meadows Drive
Suite 300
Greenfield, IN 46140

(317) 891-1500

Invoice submitted to:

Bill Lantz 

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| August 05, 2014 | 20670 | 5/5/2014 |

**Professional Services**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/17/2014 | SLC | processed 3 incoming court documents; updated docket report for attorney review. | 0.75 | $135.00/hr | NO CHARGE |
| 6/24/2014 | SLC | processed incoming court documents; updated docket report for attorney review. | 0.25 | $135.00/hr | NO CHARGE |
| 7/11/2014 | PBO | review order setting initial pretrial confernece for 7/21/14; docket deadlines | 0.20 | $250.00/hr | 50.00 |
| 7/14/2014 | PBO | correspondence with R Bell; review and revise CMP and Protective order, review settlement proposal; correspondence with B Lantz regarding same | 1.48 | $250.00/hr | 370.00 |
| 7/16/2014 | PBO | prepare for initial conference on Jul. 21 | 0.34 | $250.00/hr | 85.00 |
| | PBO | telephone conference with B Lantz; research availablility of statutory damages | 0.56 | $250.00/hr | 139.24 |
| 7/21/2014 | PBO | preparation for & attendance at initial status conference; Follow up correspondence with Plaintiff regarding possible settlement; draft rogs and rfps, serve on Plaintiff; Follow up correspondence w/ B Lantz | 5.75 | $250.00/hr | 1,437.50 |

LANTZ00022
CONFIDENTIAL

|            |     |                                                                                           | Hours | Rate        | Amount |
|------------|-----|-------------------------------------------------------------------------------------------|-------|-------------|--------|
| 7/21/2014  | JAH | Research copyright infringement cases in the Northern and Southern Districts, Indiana for cases involving Richard Bell as Plaintiff. | 0.50  | $175.00/hr  | 87.50  |
| 7/22/2014  | PBO | Follow up correspondence with B Lantz regarding case status                                | 0.10  | $250.00/hr  | 25.00  |
| 7/25/2014  | PBO | review and revise CMP and Protective Order from Ptf counsel                                | 0.45  | $250.00/hr  | 112.50 |
| 7/26/2014  | PBO | correspondence with Opposing Counsel regarding revision to CMP and Protetive Order         | 0.31  | $250.00/hr  | 77.50  |

| | | |
|---|---|---|
| Subtotal of charges | | $2,384.24 |
| For professional services rendered | 10.69 | $2,384.24 |

**EXPENSES**

| | |
|---|---|
| 7/1/2014 Public Access to Court Electronic Records research | 0.90 |
| 7/21/2014 Postage - Discovery to Richard Bell | 1.40 |
| 7/22/2014 Postage - initial disclosures to R Bell and W McLaws | 0.96 |
| 7/23/2014 Park Indy - parking | 6.00 |
| 7/28/2014 Mileage to and from Indianapolis | 32.48 |

| | |
|---|---|
| Total expenses | $41.74 |

| | |
|---|---|
| Total amount of this bill | $2,425.98 |
| Previous balance | $565.90 |
| 5/23/2014 Payment - thank you. Check No. 28072 | ($565.90) |
| Total payments and adjustments | ($565.90) |

| | |
|---|---|
| Balance due | $2,425.98 |

Please remember that it is the policy of OVERHAUSER LAW OFFICES to ensure that our clients are entirely satisfied with the services rendered. If you have any questions or concerns about this invoice or the services provided, please do not hestitate to bring them to our attention.

We sincerely appreciate the opportunity to be of service to you and the trust and loyalty it represents.

LANTZ00023
CONFIDENTIAL

Bill Lantz 

Payment may be made by credit card or Bitcoin at www.overhauser.com/pay-bill.aspx

This invoice is due and payable upon receipt. Invoices not paid within thirty (30) days of the invoice date bear interest at 1.5% per month.

|  | Amount |
|---|---|
| Previous balance of Trust Account | $300.00 |
| New balance of Trust Account | $300.00 |

LANTZ00024
CONFIDENTIAL



## overhauser law offices

740 W. Green Meadows Drive
Suite 300
Greenfield, IN 46140

(317) 891-1500

Invoice submitted to:

Bill Lantz 

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| September 05, 2014 | 20732 | 8/5/2014 |

### Professional Services

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/8/2014 | PBO | ▇▇▇▇▇▇▇▇ regarding docs from R Bell | 0.10 | $250.00/hr | 25.00 |
| 8/15/2014 | PBO | review order setting trial date & pretrial confernece; docket deadlines | 0.20 | $250.00/hr | 50.00 |
| 8/18/2014 | PBO | telephone conference with ▇▇▇▇▇▇▇ Bell litigation and defense strategies | 0.93 | $250.00/hr | 232.50 |
| 8/19/2014 | PBO | correspondence with R Bell; correspondence with C Lantz regarding settlement conference on Oct. 29 | 0.25 | $250.00/hr | 62.50 |
| 8/20/2014 | PBO | correspondence with R Bell regarding discovery | 0.10 | $250.00/hr | 25.00 |
| 8/28/2014 | PBO | review SJ order in defendants' favor in Bell v. Cameron | 0.50 | $250.00/hr | 125.00 |
| | PBO | correspondence with Plaintiff regarding failure to serve discovery responses; review answers to ROGs | 0.68 | $250.00/hr | 170.00 |
| 8/29/2014 | PBO | correspondence with Plaintiff; review answers to RFPs; schedule time for document inspection; draft send RFPs; serve on Bell | 1.60 | $250.00/hr | 400.00 |

LANTZ00025
CONFIDENTIAL

| | Hours | Rate | Amount |
|---|---|---|---|
| 8/29/2014   SLC   prepared draft 2nd ROGs to R. Bell per attorney directive. | 0.25 | $135.00/hr | NO CHARGE |

| | | | |
|---|---|---|---|
| Subtotal of charges | | | $1,090.00 |
| For professional services rendered | | 4.61 | $1,090.00 |
| Previous balance | | | $2,425.98 |
| 8/22/2014 Payment - thank you. Check No. 28324 | | | ($2,384.24) |
| 8/22/2014 Payment applied to this invoice | | | ($41.74) |
| Total payments and adjustments | | | ($2,425.98) |
| Balance due | | | $1,090.00 |

Please remember that it is the policy of OVERHAUSER LAW OFFICES to ensure that our clients are entirely satisfied with the services rendered. If you have any questions or concerns about this invoice or the services provided, please do not hestitate to bring them to our attention.

We sincerely appreciate the opportunity to be of service to you and the trust and loyalty it represents.

Payment may be made by credit card or Bitcoin at www.overhauser.com/pay-bill.aspx

This invoice is due and payable  upon receipt.  Invoices not paid within  thirty (30) days of the invoice date bear interest at 1.5% per month.

| | |
|---|---|
| Previous balance of Trust Account | $300.00 |
| 8/22/2014 Payment applied to this invoice | ($41.74) |
| New balance of Trust Account | $258.26 |

LANTZ00026
CONFIDENTIAL



**overhauser law offices**

740 W. Green Meadows Drive
Suite 300
Greenfield, IN 46140

(317) 891-1500

Invoice submitted to:

Bill Lantz 

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| October 10, 2014 | 20857 | 9/5/2014 |

### Professional Services

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/2/2014 | PBO | preparation for & conduct document inspection at office of R Bell | 2.30 | $250.00/hr | 575.00 |
| | PBO | Meet & confer with R Bell regarding protective order | 0.33 | $250.00/hr | 82.50 |
| | JLL | Meet with P. Overhauser and R. Bell; obtain, review and discuss discovery documents | 1.00 | $165.00/hr | 165.00 |
| 9/3/2014 | PBO | review & process docs produced by R Bell | 0.30 | $250.00/hr | 75.00 |
| 9/5/2014 | JAH | Convert 1,900 documents in native form to pdf format; and Bates number for docketing and review. | 0.75 | $175.00/hr | NO CHARGE |
| 9/6/2014 | PBO | review new document production from R Bell; correspondence with him regarding deficiencies | 0.10 | $250.00/hr | 25.00 |
| 9/9/2014 | JAH | Continued work on document conversion; and Bates numbering for review. | 1.50 | $175.00/hr | NO CHARGE |
| 9/12/2014 | PBO | review and revise settlements compliation spreadsheet; correspondence with R Bell regarding same | 0.46 | $250.00/hr | 114.24 |

| Date | | | Hours | Rate | Amount |
|------|---|---|-------|------|--------|
| 9/15/2014 | PBO | meet & confer email & call w/ RBell | 0.34 | $250.00/hr | 85.00 |
| 9/18/2014 | JAH | Draft Motion to Compel and create exhibits for attorney review and completion.. | 0.50 | $175.00/hr | NO CHARGE |
| 9/20/2014 | PBO | meet & confer correspondence with R Bell | 0.30 | $250.00/hr | 75.00 |
| 9/25/2014 | PBO | preparation for & attendance at telephonic status meeting w/ court regarding discovery issues; work on Opposition to Bell MTC; docket deadlines set by Court | 0.79 | $250.00/hr | 197.29 |
| 9/26/2014 | PBO | review document production to provide to Bell | 0.40 | $250.00/hr | 100.00 |
| | PBO | process docs produced by R. Bell | 0.50 | $250.00/hr | 125.00 |
| 9/29/2014 | SLC | processed incoming discovery from plaintiff; updated the discovery index for attorney review. | 5.00 | $135.00/hr | NO CHARGE |
| | PBO | review and revise response to Motion to compel | 0.45 | $250.00/hr | 112.50 |
| | PBO | finalize and file response to Bell's Motion to compel | 0.86 | $250.00/hr | 215.76 |
| 9/30/2014 | PBO | Finalize response to Motion to compel; attend to filing | 1.30 | $250.00/hr | 325.00 |
| | SLC | attended to filing response in opposition to plaintiff's 1st mtn to compel per attorney directive | 0.25 | $135.00/hr | NO CHARGE |

| | | Hours | Amount |
|---|---|-------|--------|
| Subtotal of charges | | | $2,272.29 |
| For professional services rendered | | 17.43 | $2,272.29 |

**EXPENSES**

| | | |
|---|---|---|
| 9/2/2014 | Jackie Loeffler - mileage to R Bell's | 10.64 |
| Total expenses | | $10.64 |
| Total amount of this bill | | $2,282.93 |
| Previous balance | | $1,090.00 |
| 9/15/2014 Payment - thank you. Check No. 28374 | | ($1,090.00) |
| Total payments and adjustments | | ($1,090.00) |
| Balance due | | $2,282.93 |