UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Richard N. Bell, | | ) |
| | | ) |
| | Plaintiff | )Case No. 1:13-cv-0035-TWP-DKL |
| | | ) |
| v. | | ) |
| | | ) |
| Charles Lantz, | | ) |
| | | ) |
| | Defendant | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Richard N. Bell, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order entitled ENTRY ON DEFENDANT CHARLES LANTZ'S MOTION FOR COSTS AND ATTORNEY'S FEES entered in this action on June 8, 2015 (Dkt. 236).

Date:  June 21, 2015                             /s Richard N. Bell
                                                          Richard N. Bell

Richard N. Bell #2669-49
10042 Springstone Rd.
McCordsville, IN 46055
317-690-2053
Email: richbell@comcast.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 21, 2015 a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Court's electronic filing system:

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
740 West Green Meadows Drive
Suite 300
Greenfield, IN 46140
Email: poverhauser@overhauser.com

Respectfully submitted,

s/Richard N. Bell
Richard N. Bell #2669-49
Attorney for Plaintiff,
10042 Springstone Rd.
McCordsville, IN 46055
317-690-2053
Email: richbell@comcast.net