**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| RICHARD N. BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:13-cv-00035-TWP-DKL |
| | ) |
| CHARLES LANTZ, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

For the reasons detailed in the Court's Entry Following Remand from the Seventh Circuit Court of Appeals, the Court now enters **FINAL JUDGMENT** in this action in favor of Defendant Charles Lantz and against Plaintiff Richard N. Bell for an award of **$22,289.65**. Judgment is entered accordingly, and this action is **TERMINATED**.

Dated: 8/25/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Richard N. Bell

BELL LAW FIRM
richbell@comcast.net

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com